IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Nathan Law, Hong Kong protester &

YaLe student & Frederick Banks [1],          Case No:
The 1619 project; David Coke,
                    Petitioners,

            V.

Newt Gingrich; Opiod CRISIS;
U.S. Department of Justice,

CENTRAL INTELLIGENCE AGENCY,

DRUG ENFORCEMENT AGENCY,

                    Respondents

[1] Frederick Banks is the only pro se litigant in history to overturn in any U.S. Court of Appeals a petition for rehearing see IN RE Frederick H. Banks, No. 18-1014 (9/24/2018); and in two letters Banks sent on 11/7/16 and 5/3/17 to Ivanka Trump he exposed the illegal FISA electronic surveillance on the Trump Campaign and that Steve Bannon was The White House "Leaker" see USA v. Banks, 15CR168 (WDPA) ECF 259, 593, 352

PETITION FOR A WRIT OF HABEAS CORPUS 28 USC 2241,
AND MOTION TO DISCLOSE FISA Electronic Surveillance 50 USC + 1806(f)

FILED
IN CLERKS OFFICE

2019 SEP -3 PM 1: 46

U.S. DISTRICT COURT
DISTRICT OF MASS.

✎ AO 243 (Rev. 12/04)                                                                                                    Page 2

*Petition*

MOTION UNDER 28 U.S.C. § ~~2255~~ *2241 For A Writ of Habeas Corpus* TO VACATE, SET ASIDE, OR CORRECT

SENTENCE BY A PERSON IN FEDERAL CUSTODY *Under Electronic Surveillance; And Motion To Disclose FISA Electronic Surveillance 50 USC § 1806(f)*

| United States District Court | District | |
|---|---|---|
| Name (under which you were convicted): | | Docket or Case No.: |
| Place of Confinement: | | Prisoner No.: |
| UNITED STATES OF AMERICA<br><br>V. | | Movant (include name under which convicted) |

## MOTION

1.  (a) Name and location of court which entered the judgment of conviction you are challenging: _____

    *Challenging FISA electronic surveillance out of this District* _____

    _____

    (b) Criminal docket or case number (if you know): _____

2.  (a) Date of the judgment of conviction (if you know): _____

    (b) Date of sentencing: _____

3.  Length of sentence: _____

4.  Nature of crime (all counts): _____

    _____

    _____

    _____

    _____

    _____

5.  (a) What was your plea?  (Check one)

    (1) Not guilty  ☑         (2) Guilty  ☐         (3) Nolo contendere (no contest)  ☐

    (b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or
    what did you plead guilty to and what did you plead not guilty to? _____

    _____

    _____

    _____

    _____

6.  If you went to trial, what kind of trial did you have?  (Check one)        Jury ☐        Judge only ☐

AO 243 (Rev. 12/04)                                                                                     Page 3

7.   Did you testify at a pretrial hearing, trial, or post-trial hearing?        Yes ☐              No ☑

8.   Did you appeal from the judgment of conviction?        Yes ☐         No ☑

9.   If you did appeal, answer the following:

(a)  Name of court: _____

(b)  Docket or case number (if you know): _____

(c)  Result: _____

(d)  Date of result (if you know): _____

(e)  Citation to the case (if you know): _____

(f)  Grounds raised: _____

_____

_____

_____

_____

_____

_____

(g)  Did you file a petition for certiorari in the United States Supreme Court?     Yes ☐      No ☑

If "Yes," answer the following:

(1)  Docket or case number (if you know): _____

(2)  Result: _____

_____

(3)  Date of result (if you know): _____

(4)  Citation to the case (if you know): _____

(5)  Grounds raised: _____

_____

_____

_____

_____

_____

_____

10.  Other than the direct appeals listed above, have you previously filed any other motions, petitions, or applications, concerning this judgment of conviction in any court?

Yes ☐      No ☑

11.  If your answer to Question 10 was "Yes," give the following information:

(a)  (1)  Name of court: _____

(2)  Docket or case number (if you know): _____

(3)  Date of filing (if you know): _____

AO 243 (Rev. 12/04)

    (4)   Nature of the proceeding: _____

    (5)   Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

    (6)   Did you receive a hearing where evidence was given on your motion, petition, or application?

           Yes ☐        No ☑

    (7)   Result: _____

    (8)   Date of result (if you know): _____

(b)  If you filed any second motion, petition, or application, give the same information:

    (1)   Name of court: _____

    (2)   Docket of case number (if you know): _____

    (3)   Date of filing (if you know): _____

    (4)   Nature of the proceeding: _____

    (5)   Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

    (6)   Did you receive a hearing where evidence was given on your motion, petition, or application?

           Yes ☐        No ☑

    (7)   Result: _____

    (8)   Date of result (if you know): _____

(c)  Did you appeal to a federal appellate court having jurisdiction over the action taken on your motion, petition,

or application?

    (1)   First petition:        Yes ☐        No ☐

    (2)   Second petition:    Yes ☐        No ☐

(d)  If you did not appeal from the action on any motion, petition, or application, explain briefly why you did not:

_____

_____

_____

12. For this motion, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**GROUND ONE:** Nathan Law a Yale Student and Hong Kong protester was unlawfully placed under CIA FISA electronic surveillance and threatened in violation of 50 USC § 1801 et seq. and due process

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Nathan Law a Yale Student and Hong Kong protester was placed unlawfully under CIA FISA electronic surveillance and received death threats, possibly because the CIA sought to discredit China and sought leverage in the USA/China trade war, in violation of 50 USC § 1801 et seq. and due process. The CIA sent a wireless signal via satellite to Law which manifest in an individual target as a high pitched tone and allow the CIA to remote influence Law without his knowledge and electronically herald him if it chose to do so. See "Telepathic Behavior Modification", "Telepathy Research", & Project Star Gate at www.foia. cia.gov; A 1998 Department of the Army Report at Google "Bioeffects of Selected Non Lethal Weapons"; KMIR TV News 6 Report at http://www.jRN.com/KmirG/news/ 17985591.htmL; Interview with DR Robert Duncan, a CIA scientist & DR John Hall, author of

(b) **Direct Appeal of Ground One:** Guinea Pigs Technologies of Control at youtube.com. The Court should order Respondents to disclose the FISA electronic surveillance. 50 USC §

(1) If you appealed from the judgment of conviction, did you raise this issue? 1806(f).

Yes ☐     No ☐

(2) If you did not raise this issue in your direct appeal, explain why:

(c) **Post-Conviction Proceedings:**

(1) Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐     No ☑

(2) If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(3) Did you receive a hearing on your motion, petition, or application?

Yes ☐     No ☑

AO 243 (Rev. 12/04)                                                                                                      Page 6

(4)  Did you appeal from the denial of your motion, petition, or application?

      Yes ☐        No ☐

(5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

      Yes ☐        No ☐

(6)  If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7)  If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

_____

_____

_____

**GROUND TWO:** Newt Gingrich was controlled by the CIA remotely to state that "The 1619 Project is a lie" in violation of 50 USC § 1801 et seq & Due Process

(a)  Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Without his knowledge the CIA using the technology described in ground one used a FISA electronic surveillance satellite signal better known as Microwave Hearing to directly influence Newt Gingrich to state that "The 1619 project is a lie" in violation of 50 USC § 1801 et seq & Due Process. The 1619 project is a well researched series of Essays in the NY Times Magazine that shows how slavery influenced various facets of American life to include, medical, financial, music, education and economics. The Court should order Respondents to disclose the FISA 50 USC § 1806(f). CIAs program to influence the media is called Project Mockingbird see at wikipedia

(b)  **Direct Appeal of Ground Two:**

(1)  If you appealed from the judgment of conviction, did you raise this issue?

      Yes ☐        No ☑

AO 243 (Rev. 12/04)

(2)  If you did not raise this issue in your direct appeal, explain why: _____

_____

_____

(c)  **Post-Conviction Proceedings:**

(1)  Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐        No ☑

(2)  If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3)  Did you receive a hearing on your motion, petition, or application?

Yes ☐        No ☐

(4)  Did you appeal from the denial of your motion, petition, or application?

Yes ☐        No ☐

(5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐        No ☐

(6)  If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7)  If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

_____

_____

_____

_____

_____

_____

AO 243 (Rev. 12/04)                                                                                                                     Page 8

**GROUND THREE:** DEA Specifically Knew that opiods were being illegally distributed by major companies such as CVS, walgreens + walmart yet did nothing

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

A newly released depositions transcripts and other information in the Multidistrict opiod Litigation in Federal Court in Cleveland ohio reveals that the DEA knew that opiods were being illegally distributed by major companies such as CVS, walgreens, walmart and others yet did nothing because among other things the U.S. Department of Justice failed to allow the DEA to pull the plug on these illegal acts. Lawyers at Justice sought higher paying jobs at these big Drug companies once they left the USDOJ and these Lawyers had an actual conflict and conspired with these Drug companies to commit these crimes. The Court should Issue Give warrants against these Justice Lawyers responsible and present evidence of this wrong doing that NPR's Fresh Air Program reported on 8/22/19 to a Grand Jury or order the US Atty to present the evidence under

(b) **Direct Appeal of Ground Three:** 18 USC + 3332. An unknown unamed young woman who over dosed
was discovered dead in a Trash can in Youngstown ohio according
(1)  If you appealed from the judgment of conviction, did you raise this issue? to the Vindicator, vindy.com

Yes ☐          No ☐

(2)  If you did not raise this issue in your direct appeal, explain why:

_____

_____

(c) **Post-Conviction Proceedings:**

(1)  Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐          No ☑

(2)  If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition:  _____

Name and location of the court where the motion or petition was filed:  _____

_____

Docket or case number (if you know):  _____

Date of the court's decision:  _____

Result (attach a copy of the court's opinion or order, if available):  _____

_____

(3)  Did you receive a hearing on your motion, petition, or application?

Yes ☐          No ☑

(4)  Did you appeal from the denial of your motion, petition, or application?

Yes ☐          No ☐

(5)  If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?

Yes ☐          No ☐

(6)   If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this issue: _____

**GROUND FOUR:** + The CIA used remote Technology to cause agents to arrest + influence potential Mass shooters. The CIA using the Technology described in Ground one may have killed David Coke of Coke Industries by satellite because he contested + lobbied against Climate Change in violation

(a)   Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.): of 50 USC 1801 et seq + Due Process

The CIA office of Science + Technology using the Technology described in Ground one may have killed David Coke of Coke Industries by satellite because he contested and had his companies lobby against Climate change legislation and because of a Lawsuit Frederick Banks filed a week prior to 8/23/2019 which discussed this. Also the CIA used remote technology to cause agents to arrest + influence potential Mass shooters. See the movie, Minority Report. Banks exposed through litigation that the CIA used remote technology via satellite to cause Mass shootings including in El paso Texas and Dayton ohio and in pittsburgh, PA. The CIA stopped at least for now, causing these Mass shootings + instead started influencing potential Mass shooters + causing agents to arrest them to influence gun control + social Media Legislation. The Court should order the FISA disclosed in these allegations. 50 USC

(b)   **Direct Appeal of Ground Four:** § 1806(f).

(1)   If you appealed from the judgment of conviction, did you raise this issue?

Yes ☐          No ☐

(2)   If you did not raise this issue in your direct appeal, explain why: _____

(c)   **Post-Conviction Proceedings:**

(1)   Did you raise this issue in any post-conviction motion, petition, or application?

Yes ☐          No ☑

(2)   If you answer to Question (c)(1) is "Yes," state:

Type of motion or petition: _____

Name and location of the court where the motion or petition was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(3)   Did you receive a hearing on your motion, petition, or application?
      Yes ☐        No ☑

(4)   Did you appeal from the denial of your motion, petition, or application?
      Yes ☐        No ☐

(5)   If your answer to Question (c)(4) is "Yes," did you raise the issue in the appeal?
      Yes ☐        No ☐

(6)   If your answer to Question (c)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _____

_____

Docket or case number (if you know): _____

Date of the court's decision: _____

Result (attach a copy of the court's opinion or order, if available): _____

_____

_____

(7)   If your answer to Question (c)(4) or Question (c)(5) is "No," explain why you did not appeal or raise this
issue: _____

_____

_____

_____

_____

13.   Is there any ground in this motion that you have not previously presented in some federal court?  If so, which
      ground or grounds have not been presented, and state your reasons for not presenting them:

_____

_____

_____

_____

_____

_____

_____

14.  Do you have any motion, petition, or appeal <u>now pending</u> (filed and not decided yet) in any court for the
     you are challenging?          Yes ☐          No ☑

     If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the
     issues raised. _____

     _____

     _____

     _____

     _____

15.  Give the name and address, if known, of each attorney who represented you in the following stages of the
     you are challenging:
     (a)  At the preliminary hearing:     *N/A* _____

     (b)  At the arraignment and plea: _____

     (c)  At the trial: _____

     (d)  At sentencing: _____

     (e)  On appeal: _____

     (f)  In any post-conviction proceeding: _____

     (g)  On appeal from any ruling against you in a post-conviction proceeding: _____

     _____

16.  Were you sentenced on more than one court of an indictment, or on more than one indictment, in the same court
     and at the same time?          Yes ☐          No ☑

17.  Do you have any future sentence to serve after you complete the sentence for the judgment that you are
     challenging?          Yes ☐          No ☑

     (a)  If so, give name and location of court that imposed the other sentence you will serve in the future:

     _____

     (b)  Give the date the other sentence was imposed: _____

     (c)  Give the length of the other sentence: _____

     (d)  Have you filed, or do you plan to file, any motion, petition, or application that challenges the judgment or
     sentence to be served in the future?          Yes ☐          No ☐

Case 1:19-cv-11866-DJC   Document 1   Filed 09/03/19   Page 13 of 14

18.   TIMELINESS OF MOTION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2255 does not bar your motion.*

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2255, paragraph 6, provides in part that:
   A one-year period of limitation shall apply to a motion under this section.  The limitation period shall run from the latest of –
      (1)  the date on which the judgment of conviction became final;
      (2)  the date on which the impediment to making a motion created by governmental action in violation of the Constitution or laws of the United States is removed, if the movant was prevented from making such a motion by such governmental action;
      (3)  the date on which the right asserted was initially recognized by the Supreme Court, if that right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or
      (4)  the date on which the facts supporting the claim or claims presented could have been discovered through the exercise of due diligence.

AO 243 (Rev. 12/04)                                                                                  Page 13

Therefore, movant asks that the Court grant the following relief: _Discharge petitioners from unlawful FISA_
_electronic surveillance and order the FISA disclosed along with all other requested and_
_warranted relief and_
or any other relief to which movant may be entitled.


_____

Signature of Attorney (if any)


I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Motion
under 28 U.S.C. § ~~2255~~ 2241 was placed in the prison mailing system on _____8/23/19_____ .

(month, date, year)


Executed (signed) on _____8/23/19_____ (date


_____

Signature of Movant


If the person signing is not movant, state relationship to movant and explain why movant is not signing this motion.

_mentally & physically incapacitated under electronic harassment & surveillance_


IN FORMA PAUPERIS DECLARATION

_____

[Insert appropriate court]
* * * * *